HEATHER E. WILLIAMS, CA SBN #122664
Federal Defender
REED GRANTHAM, CA SBN #294171
Assistant Federal Defender
Office of the Federal Defender
2300 Tulare Street, Suite 330
Fresno, CA  93721-2226
Telephone: (559) 487-5561
Fax: (559) 487-5950

Attorney for Defendant
MONAE L. ISLEY

IN THE UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

| UNITED STATES OF AMERICA, | ) | Case No. 6:17-po-00101-MJS |
|---|---|---|
| Plaintiff, | ) | |
| vs. | ) | **STIPULATION TO CONTINUE THE MARCH 22, 2017 CHANGE OF PLEA HEARING; ORDER** |
| MONAE L. ISLEY, | ) | |
| Defendant. | ) | |

IT IS HEREBY STIPULATED, by and between the parties, through their respective counsel, Yosemite Legal Officer Susan St. Vincent, counsel for the plaintiff, and Assistant Federal Defender Reed Grantham, counsel for Monae Isley, that the change of plea hearing currently scheduled for March 22, 2017, may be moved to April 25, 2017, at 10:00 a.m.

The parties are working to reach a resolution in this matter and request a continuance of the change of plea hearing to allow sufficient time to continue negotiations. Additionally, more time is needed to locate and obtain prior state court documents and to research several legal issues related to the resolution of this matter.

//

//

//

//

Respectfully submitted,

PHILLIP A. TALBERT
United States Attorney

Date:  March 20, 2017          /s/ Susan St. Vincent
                               Susan St. Vincent
                               Yosemite Legal Officer
                               Attorney for Plaintiff


                               HEATHER E. WILLIAMS
                               Federal Defender

Date: March 20, 2017           /s/ Reed Grantham
                               REED GRANTHAM
                               Assistant Federal Defender
                               Attorney for Defendant
                               MONAE L. ISLEY


**O R D E R**

The Court hereby grants the parties' joint request to continue the change of plea hearing from March 22, 2017, to April 25, 2017, at 10:00 a.m., in case number 6:17-po-00101-MJS.

IT IS SO ORDERED.

Dated:   March 20, 2017              /s/ *Michael J. Seng*
                                     UNITED STATES MAGISTRATE JUDGE