1  HEATHER E. WILLIAMS, CA SBN #122664
   Federal Defender
2  HOPE ALLEY, CA SBN #314109
   Assistant Federal Defender
3  Office of the Federal Defender
   2300 Tulare Street, Suite 330
4  Fresno, California 93721-2226
   Telephone: (559) 487-5561
5  Fax: (559) 487-5950

6  Attorney for Defendant
   MONAE ISLEY

7

8              IN THE UNITED STATES DISTRICT COURT

9             FOR THE EASTERN DISTRICT OF CALIFORNIA

10

11  UNITED STATES OF AMERICA,        )   Case No. 6:17-po-00101-MJS
                                     )
12              Plaintiff,           )   **STIPULATION TO CONTINUE HEARING;**
                                     )   **ORDER**
13  vs.                              )
                                     )
14  MONAE ISLEY,                     )
                                     )
15              Defendant.           )
    _____ )

16

17         IT IS HEREBY STIPULATED, by and between the parties, through their respective

18  counsel, Yosemite Legal Officer Susan St. Vincent, counsel for the plaintiff, and Assistant

19  Federal Defender Hope Alley, counsel for Monae Isley, that the Court continue the September

20  26, 2017 hearing in the above matter to November 7, 2017.

21         The parties are exploring alternative resolutions and are likely to reach an agreement in

22  the near future.   Accordingly, the parties are requesting that the matter be continued to

23  November 7, 2017, at 10:00 a.m.

24                                       Respectfully submitted,

25                                       PHILLIP A. TALBERT
                                         United States Attorney

26

27  Date: September 20, 2017            */s/ Susan St. Vincent*_____
                                        Susan St. Vincent
28                                      Yosemite Legal Officer
                                        Attorney for Plaintiff

HEATHER E. WILLIAMS
Federal Defender

Date: September 20, 2017            /s/ Hope Alley
                                    HOPE ALLEY
                                    Assistant Federal Defender
                                    Attorney for Defendant
                                    MONAE ISLEY

# **O R D E R**

The Court accepts the above Stipulation and adopts its terms as the Order of this Court.

Accordingly, the September 26, 2017 hearing for Monae Isley, Case No. 6:17-po-00101-MJS, is

continued to November 7, 2017, at 10:00 a.m.

IT IS SO ORDERED.

Dated:   September 22, 2017          /s/ Michael J. Seng
                                    UNITED STATES MAGISTRATE JUDGE