| | |
|---|---|
| 1 | HEATHER E. WILLIAMS, CA SBN #122664 |
| | Federal Defender |
| 2 | HOPE ALLEY, CA SBN #314109 |
| | Assistant Federal Defender |
| 3 | Office of the Federal Defender |
| | 2300 Tulare Street, Suite 330 |
| 4 | Fresno, California 93721-2226 |
| | Telephone: (559) 487-5561 |
| 5 | Fax: (559) 487-5950 |
| 6 | Attorney for Defendant |
| | MONAE ISLEY |

IN THE UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

| UNITED STATES OF AMERICA, | ) Case No. 6:17-po-00101-MJS |
|---|---|
| Plaintiff, | ) **REQUEST FOR RULE 43 WAIVER FOR SENTENCING; ORDER** |
| vs. | ) |
| | ) Hon. Michael J. Seng |
| MONAE ISLEY, | ) Date: November 7, 2017 |
| | ) Time: 10:00 a.m. |
| Defendant. | ) |

Pursuant to Federal Rule of Criminal Procedure 43(b)(2), Monae Isley, having been advised of her right to be personally present at all stages of the proceedings, hereby requests that this Court permit her to waive her right to personally appear for plea and sentencing at the November 7, 2017 hearing and that she be allowed to appear by video from the United States District Court in San Francisco, California. The Government has no objection to this request. This Court, pursuant to Rule 43(b)(2), has the authority to allow Ms. Isley to appear by video for plea and sentencing.

Ms. Isley currently resides in Santa Rosa. She is a student and works three separate jobs. Unfortunately, the wildfires have prevented her from working over the past several weeks, leaving her with limited means to travel to Yosemite National Park. Nonetheless, the parties have reached a resolution and are prepared to go forward with plea and sentencing on November 7, 2017 at 10 a.m. Ms. Isley respectfully requests that the Court grant a waiver of her right to be

personally present and that she be permitted to appear via video from the United States District Court in San Francisco, California, for purposes of plea and sentencing.

Respectfully submitted,

HEATHER E. WILLIAMS
Federal Defender

Date: November 1, 2017                  /s/ Hope Alley
                                        HOPE ALLEY
                                        Assistant Federal Defender
                                        Attorney for Defendant
                                        MONAE ISLEY

**O R D E R**

**GOOD CAUSE APPEARING**, defendant's request for waiver of personal appearance and to appear via video at the November 7, 2017 change-of-plea hearing in Case No. 6:17-po-00101-MJS, is hereby accepted and adopted as the order of this Court PROVIDED that Defendant make suitable and timely arrangements to appear by video from the United States District Court in San Francisco, California.

IT IS SO ORDERED.

Dated:   November 3, 2017               /s/ *Michael J. Seng*
                                        UNITED STATES MAGISTRATE JUDGE