1  HEATHER E. WILLIAMS, CA SBN #122664
   Federal Defender
2  HOPE ALLEY, CA SBN #314109
   Assistant Federal Defender
3  Office of the Federal Defender
   2300 Tulare Street, Suite 330
4  Fresno, CA  93721-2226
   Telephone: (559) 487-5561
5  Fax: (559) 487-5950

6  Attorney for Defendant
   MONAE ISLEY
7

8              IN THE UNITED STATES DISTRICT COURT

9              FOR THE EASTERN DISTRICT OF CALIFORNIA

10

11  UNITED STATES OF AMERICA,         Case No. 6:17-po-000101-JDP

12              Plaintiff,            **STIPULATION TO MODIFY CONDITIONS
                                      OF PROBATION; ORDER**
13  vs.

14  MONAE ISLEY,

15              Defendant.

16

17         IT IS HEREBY STIPULATED, by and between the parties, through their respective

18  counsel, Yosemite Legal Officer Susan St. Vincent, counsel for the plaintiff, and Assistant Federal

19  Defender Hope Alley, counsel for Monae Isley, that the Court modify the terms and conditions of

20  Ms. Isley's probation as set forth below.

21         On November 7, 2017, Ms. Isley was sentenced to twenty four months of unsupervised

22  probation, with the conditions that she obey all laws, report any new law violations within seven

23  days, and pay a $600 fine at a rate of $60 per month for the first ten months of probation.

24         Unfortunately, the company that Ms. Isley was working for recently downsized and Ms.

25  Isley was laid off.  Due to the change in her financial circumstances, Ms. Isley cannot currently

26  make $60 payments, however, she is confident that she will be able to pay off the remaining

27  balance before the review hearing, which is set for November 6, 2018.  Accordingly, the parties

28  stipulate to vacate Ms. Isley's current payment schedule and set a payment deadline for the full

amount of the fine for October 19, 2018.  This will permit Ms. Isley to make a larger payment once she has found new employment.

Respectfully submitted,

PHILLIP A. TALBERT
United States Attorney

Date: June 28, 2018        /s/ Susan St. Vincent
                           Susan St. Vincent
                           Yosemite Legal Officer
                           Attorney for Plaintiff

                           HEATHER E. WILLIAMS
                           Federal Defender

Date: June 28, 2018        /s/ Hope Alley
                           HOPE ALLEY
                           Assistant Federal Defender
                           Attorney for Defendant
                           MONAE ISLEY

**O R D E R**

The court hereby grants the parties' request to modify the conditions of Ms. Isley's probation as set forth above.

IT IS SO ORDERED.

Dated:   June 28, 2018              /s/ *Jeremy D. Peterson*
                                    UNITED STATES MAGISTRATE JUDGE