| | |
|---|---|
| 1 | HEATHER E. WILLIAMS, CA SBN #122664 |
| | Federal Defender |
| 2 | HOPE ALLEY, CA SBN #314109 |
| | Assistant Federal Defender |
| 3 | 2300 Tulare Street, Suite 330 |
| | Fresno, CA 93721-2226 |
| 4 | Telephone: (559) 487-5561 |
| | Fax: (559) 487-5950 |
| 5 | |
| 6 | Attorney for Defendant |
| | MONAE ISLEY |

IN THE UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

| UNITED STATES OF AMERICA, | ) | Case No. 6:17-po-00101-JDP |
|---|---|---|
| Plaintiff, | ) | |
| vs. | ) | MOTION TO VACATE THE NOVEMBER 6, 2018 REVIEW HEARING AND TERMINATE PROBATION PURSUANT TO 18 U.S.C. § 3564(c); ORDER |
| MONAE ISLEY, | ) | |
| Defendant. | ) | |

Defendant Monae Isley, by and through her counsel of record, Assistant Federal Defender Hope Alley, hereby moves for early termination of her term of unsupervised probation pursuant to 18 U.S.C. § 3564(c). The government does not oppose this motion.

On November 7, 2017, the Court sentenced Ms. Isley to 24 months of unsupervised probation with the conditions that she obey all laws and report any law enforcement contact within 7 days. The Court also ordered Ms. Isley to pay a fine of $600.

Ms. Isley has paid off the fine in full and has not had any new violations of law. Accordingly, the parties request that the Court vacate the upcoming review hearing.

In addition to complying with the terms of her probation, Ms. Isley has been doing well in her professional and personal life over the past year. She was promoted to lead barista and received two raises. She was placed on a regular part-time schedule at her second job. She uses her extra money to help cover her mother's bills whenever possible. Given Ms. Isley's

compliance with the terms of probation and her progress in her personal life, the defendant feels that an additional year of probation is unwarranted.

Ms. Isley thus requests that the Court terminate her term of unsupervised probation pursuant to 18 U.S.C. § 3564(c).

Respectfully submitted,

HEATHER E. WILLIAMS
Federal Defender

Date: November 1, 2018
/s/ Hope Alley
HOPE ALLEY
Assistant Federal Defender
Attorney for Defendant
MONAE ISLEY

# **O R D E R**

The court hereby VACATES the review hearing set for November 6, 2018 and pursuant to 18 U.S.C. § 3564(c), TERMINATES Ms. Isley's probation.

IT IS SO ORDERED.

Dated:   November 1, 2018
_____
UNITED STATES MAGISTRATE JUDGE