Susan St. Vincent
Legal Officer
NATIONAL PARK SERVICE
Legal Office
P.O. Box 517
Yosemite, California 95389
Telephone: (209) 372-0241

UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>Plaintiff,<br><br>MONAE LYNN ISLEY,<br><br>Defendant. | No. 6:17-PO-00101-MJS<br><br>**MOTION TO VACATE REVIEW HEARING; AND ORDER THEREON** |

The United States, by and through its representative, Susan St. Vincent hereby moves the Court for an Order to Vacate the review hearing currently scheduled in this matter for November 6, 2018. On November 2, 2017 the Defendant was sentenced to 24 months unsupervised probation, and a fine of $600 and a review hearing was set for November 6, 2018. To date, the Defendant has complied with all the terms of unsupervised probation. Therefore the government requests the review hearing scheduled for November 6, 2018 be vacated and the matter be set for review hearing on October 1, 2019 at 10:00 a.m..

Dated: October 31, 2018  NATIONAL PARK SERVICE

                                                    /S/ Susan St. Vincent
                                                    Susan St. Vincent
                                                    Legal Officer

1

# **ORDER**

Upon application of the United States, and good cause having been shown therefor, IT IS HEREBY ORDERED that the review hearing scheduled for November 6, 2018, in the above referenced matter, *United States v. Isley, 6:17-PO-00101-MJS*, be vacated. Further, a review hearing is set for October 1, 2019 at 10:00 a.m..

IT IS SO ORDERED.

Dated:   November 1, 2018                           /s/ Jeremy Peterson
                                                       UNITED STATES MAGISTRATE JUDGE